AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of )
)
THE PREMISES LOCATED AT: 1004 Elk Run Dr., Imperial, MO 63052, ) Case No. 4:20 MJ 5049 NAB
including the residential building, any outbuildings, and any appurtenances, )
located within the Eastern District of Missouri. )
)
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____EASTERN____ District of ____MISSOURI____
*(identify the person or describe the property to be searched and give its location)*:

THE PREMISES LOCATED AT: 1004 Elk Run Dr., Imperial, MO 63052, including the residential building, any outbuildings, and any appurtenances, located within the Eastern District of Missouri.

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before ____February 28, 2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____United States Magistrate Judge Nannette A. Baker____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/14/2020 at 16:08          _____
                                                  *Judge's signature*

City and state:   St. Louis, MO                    Honorable Nannette A. Baker, U.S. Magistrate Judge
                                                  *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:20 MJ 5049 NAB | Date and time warrant executed: 2/20/2020 | Copy of warrant and inventory left with: William M. Hammons |
| Inventory made in the presence of : William M. Hammons ||| 
| Inventory of the property taken and name of any person(s) seized: ||| 

See attached list of items seized (ref. case # 305I-SL-3215477).

Forensic examination pending.

On  03/02/20 , this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.

**NANNETTE A. BAKER**
**U.S. MAGISTRATE JUDGE**
  03  /  03  /  20

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/24/2020

*Executing officer's signature*

SA Gregory S. Marx
*Printed name and title*

*ITEMS SEIZED UNDER WARRANT 4:20 MJ 5049 NAB*

**Evidence Report for Case:** 305I-SL-3215477
**Evidence Type:** 1B Custodial, 1D Elsur

| Item # | Type | Collected On | Barcode | Description |
|---|---|---|---|---|
| 1B8 | Digital | 2/20/2020 21:40 | E6426444 | (U) One (1) grey Toshiba laptop, S/N: Y6139135Q |
| 1B7 | Digital | 2/20/2020 21:40 | E6426443 | (U) One (1) black Toshiba laptop, S/N: 6D233498Q |
| 1B6 | Digital | 2/20/2020 21:40 | E6426442 | (U) One (1) Gateway laptop, S/N: NXYIUAA03030304313400 |
| 1B5 | Digital | 2/20/2020 21:40 | E6426441 | (U) Six (6) VHS tapes |
| 1B4 | Digital | 2/20/2020 21:40 | E6426440 | (U) One (1) Dell desk top computer, S/N: 7HPC321 |
| 1B3 | Digital | 2/20/2020 21:40 | E6426439 | (U) One (1) Alcatel cell phone |
| 1B2 | Digital | 2/20/2020 21:40 | E6426438 | (U) One (1) LG cell phone |
| 1B1 | Digital | 2/20/2020 21:40 | E6426437 | (U) Six (6) thumb drives consisting of: Green Lexar thumb drive, Turquoise Lexar thumb drive, black SanDisk thumb driver, Green/white Lexar thumb driver, Light blue SanDisk thumb drive, White/grey Kingston thumb drive |

Case: 4:20-mj-05049-NAB   Doc. #:  5   Filed: 03/03/20   Page: 4 of 4 PageID #: 54