UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> THE PREMISES LOCATED AT: 1004 Elk Run ) <br> Dr., Imperial, MO 63052, including the ) <br> residential building, any outbuildings, and any ) <br> appurtenances, located within the Eastern District ) <br> of Missouri. ) <br> ) <br> ) | No. 4:20 MJ 5049 NAB <br><br> **FILED UNDER SEAL** |

**O R D E R**

On motion of the United States of America, it is hereby ordered that the search warrant and affidavit and this Order issued thereto be sealed until February 14, 2021, except for the limited purposes of providing same to defendant counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_/s/ Nannette A. Baker_
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated: This  10th  day of August 2020.