UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> THE PREMISES LOCATED AT: 1004 Elk ) <br> Run Dr., Imperial, MO 63052, including ) <br> the residential building, any outbuildings, ) <br> and any appurtenances, located within the ) <br> Eastern District of Missouri. ) <br> ) <br> ) | No. 4:20 MJ 5049 NAB |

**GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS**

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant along with the application, affidavit, return and other related documents filed in this matter.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Robert F. Livergood*
ROBERT F. LIVERGOOD, #35432MO
Assistant United States Attorney

Signed this 16th day of August 2021.