UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | |
| THE PREMISES LOCATED AT: 1004 Elk ) | |
| Run Dr., Imperial, MO 63052, including ) | No. 4:20 MJ 5049 NAB |
| the residential building, any outbuildings, ) | |
| and any appurtenances, located within the ) | |
| Eastern District of Missouri. ) | |
| ) | |
| ) | |

**ORDER TO UNSEAL SEARCH WARRANT DOCUMENTS**

This matter comes before the Court pursuant to a motion by the United States of America, by and through its attorneys, the United States Attorney for the Eastern District of Missouri, and Robert F. Livergood, Assistant United States Attorney for said District, requesting the unsealing of the search warrant, along with its affidavit, application and return and other related documents.

IT IS ORDERED that the search warrant, along with its affidavit, application and return and other related documents, presently sealed, be unsealed.

_____
NANNETTE A. BAKER
United States Magistrate Judge

Dated this 17th day of August, 2021.